

# NUMBER 13-16-00184-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GIOVANNY LAGUAN,** **Appellant,**

**v.**

**2013 PLACE LLC,** **Appellee.**

---

## On appeal from the County Court at Law No. 4 of Fort Bend County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Giovanny Laguan, perfected an appeal from a judgment rendered against him in favor of appellee, 2013 Place LLC.[1] On June 8, 2016, the Clerk of this

---

[1] This case is before the Court on transfer from the Fourteenth Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

Court notified appellant that the clerk's record in the above cause was originally due on June 7, 2016, and that the deputy district clerk, Jaqueline Avila, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
14th day of July, 2016.